# EXHIBIT A

EXHIBIT A

Electronically Filed
08/04/2015 03:22:38 PM

CLERK OF THE COURT

**SUMM**
GERALD I. GILLOCK, ESQ.
Nevada Bar No. 51
**GERALD I. GILLOCK & ASSOCIATES**
428 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 385-1482
E-Mail: gillock@gmk-law.com

Timothy R. O'Reilly, Esq.
Nevada Bar No. 8866
**O'REILLY LAW GROUP, LLC**
325 S. Maryland Parkway
Las Vegas, Nevada 89101
Telephone: (702) 382-2500
Facsimile: (702) 384-6266
E-Mail: tor@oreillylawgroup.com
Attorneys for Plaintiffs
NITA V. WATSON, an individual;
WILLIE L. WATSON, an individual; and,
WILLIE L. WATSON, as personal
Guardian of NITA V. WATSON

Law Offices
O'REILLY LAW GROUP, LLC
A NEVADA LIMITED LIABILITY COMPANY INCLUDING CORPORATIONS
325 South Maryland Parkway • Las Vegas, Nevada 89101
Telephone (702) 382-2500 • Facsimile (702) 384-6266

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

NITA V. WATSON, an individual; WILLIE L. WATSON, an individual; and, WILLIE L. WATSON, as personal Guardian of NITA V. WATSON,

Plaintiffs,

vs.

MEDICAL SERVICES OF AMERICA, INC., a Virginia Corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive,

Defendants.

CASE NO.: A-15-722469-C

DEPT. NO: XXI

**SUMMONS – CIVIL**

**MEDICAL SERVICES OF AMERICA, INC., a Virginia Corporation**

**NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS. READ THE INFORMATION BELOW.**

Law Offices
O'REILLY LAW GROUP, LLC
A NEVADA LIMITED LIABILITY COMPANY INCLUDING CORPORATIONS
325 South Maryland Parkway •Las Vegas, Nevada 89101
Telephone (702) 382-2500 •Facsimile (702) 384-6266

**TO THE DEFENDANT(S):** A civil Complaint has been filed by the Plaintiff(s) against you for the relief set forth in the Complaint.

1. If you intend to defend this lawsuit, within 20 days after this Summons is served on you, exclusive of the day of service, you must do the following:
   (a) File with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court, with the appropriate filing fee.
   (b) Serve a copy of your response upon the attorney whose name and address is shown below.
2. Unless you respond, your default will be entered upon application of the Plaintiff(s) and failure to so respond will result in a judgment of default against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint.
3. If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.
4. The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members and legislators each have 45 days after service of this Summons within which to file an Answer or other responsive pleading to the Complaint.

Submitted by:

O'REILLY LAW GROUP, LLC

By: ____________________
Timothy R. O'Reilly, Esq.
Nevada Bar No. 8866
325 South Maryland Parkway
Las Vegas, Nevada 89101
Attorneys for Plaintiffs

STEVEN D. GRIERSON
CLERK OF COURT

JUDIT ANGYALNE KISS

By: ____________________
Deputy Clerk Date
Regional Justice Center
200 Lewis Avenue
Las Vegas, NV 89155

AUG 0 4 2015

**NOTE: When service is by publication, add a brief statement of the object of the action. See Nevada Rules of Civil Procedure 4(b).**

Law Offices
O'REILLY LAW GROUP, LLC
A NEVADA LIMITED LIABILITY COMPANY INCLUDING CORPORATIONS
325 South Maryland Parkway • Las Vegas, Nevada 89101
Telephone (702) 382-2500 • Facsimile (702) 384-6266

Law Offices
O'REILLY LAW GROUP, LLC
A NEVADA LIMITED LIABILITY COMPANY INCLUDING CORPORATIONS
325 South Maryland Parkway •Las Vegas, Nevada 89101
Telephone (702) 382-2500 •Facsimile (702) 384-6266

## AFFIDAVIT OF SERVICE

STATE OF )
) ss.
COUNTY OF )

_________________________, being duly sworn, says: That at all times herein affiant was and is over 18 years of age, not a party to nor interested in the proceeding in which this affidavit is made. That affiant received ________ copy(ies) of the Summons and Complaint, ________________ on the __________ day of ________________, 20____ and served the same on the ____________ day of __________________, 20_____ by:

**(Affiant must complete the appropriate paragraph)**

1. Delivering and leaving a copy with the Defendant ____________________ at (state address) ________________________________________________________________.

2. Serving the Defendant ______________________ by personally delivering and leaving a copy with ________________________, a person of suitable age and discretion residing at the Defendant's usual place of abode located at (state address) ______________________ ____________________________________________________.

**[Use paragraph 3 for service upon agent, completing (a) or (b)]**

3. Serving the Defendant ______________________ by personally delivering and leaving a copy at (state address) _____________________________________________________.

   (a) With ____________________________ as ____________________________, an agent lawfully designated by statute to accept service of process;

   (b) With ____________________________, pursuant to NRS 14.020 as a person of suitable age and discretion at the above address, which address is the address of the resident agent as shown on the current certificate of designation filed with the Secretary of State.

Law Offices
O'REILLY LAW GROUP, LLC
A NEVADA LIMITED LIABILITY COMPANY INCLUDING CORPORATIONS
325 South Maryland Parkway •Las Vegas, Nevada 89101
Telephone (702) 382-2500 •Facsimile (702) 384-6266

4. Personally depositing a copy in a mail box of the United States Post Office, enclosed in a sealed envelope, postage prepaid (Check appropriate method):

- ☐ Ordinary mail
- ☐ Certified mail, return receipt requested
- ☐ Registered mail, return receipt requested

addressed to the Defendant ___________________________ at Defendant's last known address which is (state address) _________________________________________________.

I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

EXECUTED this ________ day of ________________________, 20______.

___________________________________________
Signature of person making service

SUBSCRIBED and SWORN to before me
this ____ day of _______________, 20____.

______________________________________
NOTARY PUBLIC in and for said
County and State