# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NITA V. WATSON, *et al.*,<br><br>    Plaintiffs,<br><br>vs.<br><br>MEDICAL SERVICES OF AMERICA, INC.,<br><br>    Defendant. | Case No.:  2:15-CV-01733-RCJ-NJK<br><br><br>**ORDER SETTING TELEPHONIC HEARING** |

**ORDER IN CHAMBERS**

On September 25, 2015, a Suggestion of Death of Plaintiff Nita V. Watson (ECF #6) was filed in this action. Accordingly,

IT IS HEREBY ORDERED that a Telephonic Status Conference is set for 11:00 A.M. Tuesday, October 6, 2015, in LAS VEGAS COURTROOM TBD, before Judge Robert C. Jones.

Parties shall dial the Meet-Me-Line FIVE (5) minutes prior to the hearing as follows: (888) 675-2535; Access Code: 2900398; Password: 100615.  The use of a cell phone or speaker phone during the call is prohibited, the call must be made by using a land line.

IT IS SO ORDERED this 5th day of October, 2015.

_____
ROBERT C. JONES
District Judge