Timothy R. O'Reilly, Esq.
Nevada Bar No. 8866
**O'REILLY LAW GROUP, LLC**
325 S. Maryland Parkway
Las Vegas, Nevada 89101
Telephone: (702) 382-2500
Facsimile: (702) 384-6266
E-Mail: tor@oreillylawgroup.com

GERALD I. GILLOCK, ESQ.
Nevada Bar No. 51
**GERALD I. GILLOCK & ASSOCIATES**
428 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 385-1482
E-Mail: gillock@gmk-law.com

Attorneys for Plaintiffs
NITA V. WATSON, an individual;
WILLIE L. WATSON, an individual; and,
WILLIE L. WATSON, as personal
Guardian of NITA V. WATSON

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NITA V. WATSON, an individual; WILLIE L. WATSON, an individual; and, WILLIE L. WATSON, as personal Guardian of NITA V. WATSON,<br><br>Plaintiffs,<br><br>vs.<br><br>MEDICAL SERVICES OF AMERICA, INC., a Virginia Corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO.:   2:15-CV-1733-RCJ-NJK |

### **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**

Plaintiffs, NITA V. WATSON; WILLIE L. WATSON; and WILLIE L. WATSON, as personal Guardian of NITA V. WATSON, on the one hand, by and through their attorneys of record, O'REILLY LAW GROUP, LLC, and Defendant MEDICAL SERVICES OF AMERICA, INC., on the other hand, by and through their attorneys of record, OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI, hereby stipulate and agree to dismiss this above-

captioned action with prejudice. Each party shall bear its own fees, costs, and expenses in this action.

Dated: December 1, 2015

**O'REILLY LAW GROUP, LLC**

By: /s/ Timothy R. O'Reilly
Timothy R. O'Reilly, Esq.
Nevada Bar No. 8866
325 South Maryland Parkway
Las Vegas, Nevada 89101

*Co-Counsel for Plaintiffs Nita V. Watson and Willie L. Watson*

**GERALD I. GILLOCK & ASSOCIATES**

By: /s/ Gerald I. Gillock
Gerald I. Gillock, Esq.
Nevada Bar No. 51
428 South Fourth Street
Las Vegas, Nevada 89101

*Co-Counsel for Plaintiffs Nita V. Watson and Willie L. Watson*

**OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI**

By: /s/ John E. Gormley
John E. Gormley, Esq.
Nevada Bar No. 1611
Stephanie M. Zinna, Esq.
Nevada Bar No. 11488
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129

*Attorneys for Defendant Medical Services of America, Inc.*

## ORDER

Based upon the foregoing stipulation of the parties,

IT IS SO ORDERED that this action is dismissed with prejudice.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: This 2nd day of December, 2015.